UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOREN HAINS,

     Petitioner,

                                       Case No. 1:17-cv-778

v.

                                       HONORABLE PAUL L. MALONEY

THOMAS MACKIE,

     Respondent.

_____/

**<u>JUDGMENT</u>**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Respondent and against

Petitioner.

Dated:  December 19, 2018                     /s/ Paul L. Maloney
                                             Paul L. Maloney
                                             United States District Judge